IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MALIK GREEN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2617

Opinion filed October 15, 2015.

An appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

Nancy A. Daniels, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     The state properly concedes that appellant could not be sentenced to ten years of drug offender probation because he was not eligible to receive drug offender probation in this case.  See § 948.20(1), Fla. Stat. (2014).  Accordingly,

we reverse the imposition of drug offender probation and remand with directions that the trial court resentence appellant without imposing drug offender probation. We otherwise affirm appellant's judgment and sentence without comment.

Affirmed in part, reversed in part, and remanded with directions.

ROBERTS, C.J. and LEWIS, J., CONCUR; BENTON, J., DISSENTS WITH OPINION.

BENTON, J., dissenting.

I respectfully dissent. I would reverse appellant's convictions on grounds the objection to Detective Lormil's testimony as to what the victim's body language communicated should have been sustained. Although I would not, therefore, reach the sentencing issue decided by the majority, I have no quarrel with the panel's disposition of that issue.